# UNITED STATES DISTRICT COURT
## SOUTHERN District of Florida
### FT. LAUDERDALE DIVISION

SUMMONS IN A CIVIL CASE

Case No. **00-6025**

ADVOCATES FOR THE DISABLED, INC. a
Florida not-for-profit corporation, PETER SPALLUTO,
Individually, and ERNST ROSENKRANTZ, Individually,

CIV-MIDDLEBROOKS

MAGISTRATE
DAVIDSTRA

    Plaintiff(s),

vs.

SEA CASTLE RESORT MOTEL PARTNERSHIP, a
Michigan General Partnership,

    Defendant(s).
_____/

To: SEA CASTLE RESORT MOTEL PARTNERSHIP, a
  Michigan General Partnership
  By serving its Managing Partner:
  Cynthia J. Beckman
  29275 Northwestern Highway 100
  Southfield, Michigan 48034

YOU ARE HEREBY SUMMONED and required to serve upon Plaintiffs' attorney:

  Lawrence A. Fuller, Esquire
  Fuller, Mallah & Associates, P.A.
  1111 Lincoln Road, PH 802
  Miami Beach, FL 33139
  Tel: (305) 538-6483
  Fax: (305) 534-9894

an answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox
Clerk

(By) Deputy Clerk

Date 1/7/00

W:\WPDocs\A.D.A\#1252-CYNTHIA BECKMAN\Summons(cme).wpd

