| | |
|---|---|
| CASE NO. | 00-6025 CIV-DMM |
| COURT | U.S. Dist. Court - So. Dist. of FL. |
| HRG. DATE | |

TYPE OF WRIT: Summons in a Civil Case

PLAINTIFF(S): Advocates for the Disabled, Inc.
vs.
DEFENDANT(S): Sea Castle Resort Motel Partnership

RETURN OF SERVICE AFFIDAVIT

TO DEFENDANT/WITNESS **Sea Castle Resort Motel Partnership**
**29275 Northwestern Highway 100, Southfield, Michigan 48034**
RECEIVED THIS WRIT ON **January 20, 2000**
AND ON _____ at _____ M., I SERVED IT ON THE WITHIN NAMED _____ IN _____ COUNTY, FLORIDA

___ **INDIVIDUAL SERVICE:** By serving upon the within named (Defendant/Witness) a true copy of this writ with the date and hours of service endorsed thereon by me and a copy of the Plaintiff's complaint, petition or initial pleading.

___ **SUBSTITUTE SERVICE:** By serving a true copy of this writ with the date and hour of service endorsed thereon by me and a copy of Plaintiff's Initial pleading as furnished by the Plaintiff, at the within named (Defendant's Witness) usual place of abode with any person residing the age of 15 years or older to wit: _____, or to _____ spouse of defendant, at _____, or to _____ manager of defendant business _____ and informing such person of their contents pursuant to: ☐ F.S. 48.031. ☐ F.S. 48.031 (2)(a)   ☐ F.S. 48.031 (2)(b).

**CORPORATE SERVICE:** By serving a true copy of this writ and a copy of Plaintiff's initial pleading to _____ as _____ of said corporation in the absence of any superior officer as defined in F.S. 48.081, or by serving _____ as an employee of defendant corporation in compliance with F.S. 48.081 (3) or by serving _____ as a registered agent in compliance with F.S. 48.091.

**PARTNERSHIP SERVICE:** By serving _____ partner, or to _____ a designated employee or person in charge of partnership.

___ **POSTED:** ___ COMMERCIAL, ___ RESIDENTIAL, 1st Attempt _____ AM/PM 2nd Attempt _____ AM/PM DATE

**X** **NO SERVICE:** For the reason that after diligent search and inquiry failed to find said _____ in _____ County, Florida
COMMENTS: **Cynthia Beckman does not have an office at this location, however her husband does. We were informed that they are currently in Florida for the winter.**

MILITARY STATUS: _____     MARITIAL STATUS: _____

Witness Fee _____
The foregoing instrument was acknowledged before me this **25th** day of **January**, 2000 by **Jason Schmaus** who is personally known to me or who has produced _____ (type of ID) as identification and who did or did not take an oath.

SERVED FOR:
CAPLAN/MARKOWITZ & KAYE
350 W. FLAGLER STREET
MIAMI, FLORIDA 33130

BY: _Jason Schmaus_  Jason Schmaus

NOTARY PUBLIC OR PUBLIC OFFICER AND TITLE OR RANK/CCN
**DAVE E. LOUK**
Notary Public, Oakland County, MI
My Commission Expires Feb. 13, 2002

# UNITED STATES DISTRICT COURT
## SOUTHERN District of Florida
### FT. LAUDERDALE DIVISION

SUMMONS IN A CIVIL CASE

Case No.: **00-6025**

ADVOCATES FOR THE DISABLED, INC. a
Florida not-for-profit corporation, PETER SPALLUTO,
Individually, and ERNST ROSENKRANTZ, Individually

Plaintiff(s),

vs.

SEA CASTLE RESORT MOTEL PARTNERSHIP, a
Michigan General Partnership,

Defendant(s).

To: SEA CASTLE RESORT MOTEL PARTNERSHIP, a
Michigan General Partnership
By serving its Managing Partner:
Cynthia J. Beckman
29275 Northwestern Highway 100
Southfield, Michigan 48034

YOU ARE HEREBY SUMMONED and required to serve upon Plaintiffs' attorney:

Lawrence A. Fuller, Esquire
Fuller, Mallah & Associates, P.A.
1111 Lincoln Road, PH 802
Miami Beach, FL 33139
Tel: (305) 538-6483
Fax: (305) 534-9894

an answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Clarence Maddox**
Clerk

*Martha Diaz*
(By) Deputy Clerk

Date: 1/7/00

W:\WPDocs\A.D.A\#1252-CYNTHIA BECKMAN\Summons(cme).wpd