UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6025-Civ-Middlebrooks

ADVOCATES FOR THE DISABLED, INC.,
a Florida not-for-profit corporation,
PETER SPALLUTO, individually, and
ERNST ROSENKRANTZ, individually,

    Plaintiffs,

vs.

SEA CASTLE RESORT MOTEL PARTNERSHIP,
a Michigan general partnership,

    Defendant.
_____/

**ORDER TO SHOW CAUSE**

THIS CAUSE came before the Court *sua sponte*. The record reflects that the Complaint in this action was filed on January 7, 2000. On February 4, 2000, a Return of Service unexecuted as to Defendant was filed (DE 3). Pursuant to S.D. Fla. L.R. 41.1, it is

ORDERED and ADJUDGED that counsel for Plaintiff shall show cause in writing on or before **April 14, 2000** why this case should not be dismissed for want of prosecution.

DONE and ORDERED at Miami, Florida, this _____ day of April, 2000.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copy furnished to Counsel for Plaintiff.

