UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6025-Civ-Middlebrooks

ADVOCATES FOR THE DISABLED, INC.,
a Florida not-for-profit corporation,
PETER SPALLUTO, individually, and
ERNST ROSENKRANTZ, individually,

        Plaintiffs,

vs.

SEA CASTLE RESORT MOTEL PARTNERSHIP,
a Michigan general partnership,

        Defendant.
_____/

FILED by ____ D.C.
APR 1 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### ORDER ALLOWING PLAINTIFFS
### TO FILE AN AMENDED COMPLAINT AND AN
### EXTENSION OF TIME TO SERVE DEFENDANTS

THIS CAUSE came before the Court upon its order to Show Cause (DE 4) filed April 5, 2000 and the Plaintiffs' Response (DE 5) thereto timely filed April 14, 2000. Upon consideration, it is

ORDERED and ADJUDGED that the proposed Amended Complaint attached to Plaintiffs' Response is deemed filed as of April 14, 2000. Plaintiffs shall have an additional thirty days, up to and including May 19, 2000, within which to serve all defendants. Returns of Service shall be filed with the Court. With respect to the Temporary and Permanent Injunctive Relief demanded in the Amended Complaint, the Court advises Plaintiffs that, upon review of



the Amended Complaint, no <u>ex parte</u> temporary injunctive relief will be granted. Upon notice to the Court of service upon all Defendants, the Court will entertain a Motion for Temporary Injunction and schedule an expedited hearing.

DONE and ORDERED at Miami, Florida, this 14th day of April, 2000.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copy furnished to Counsel for Plaintiff.