UNITED STATES DISTRICT COURT
SOUTHERN District of Florida
FT. LAUDERDALE DIVISION

ALIAS SUMMONS IN A CIVIL CASE
Case No.: 00-6025-CIV-MIDDLEBROOKS

ADVOCATES FOR THE DISABLED, INC. a
Florida not-for-profit corporation, PETER SPALLUTO,
Individually, and ERNST ROSENKRANTZ, Individually,

    Plaintiffs,

vs.

SEA CASTLE RESORT MOTEL PARTNERSHIP, a
Michigan General Partnership, and MICHELLE BROWNELL,
General Manager of Sea Castle Resort Inn,

    Defendants
_____/

NIGHT BOX FILED
MAY 10 2000
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

To: MICHELLE BROWNWELL, General Manager
   SEA CASTLE RESORT INN
   Sea Castle Resort Inn
   730 North Ocean Boulevard
   Pompano Beach, Florida 33062

   YOU ARE HEREBY SUMMONED and required to serve upon Plaintiffs' attorney:

      Lawrence A. Fuller, Esquire
      Fuller, Mallah & Associates, P.A.
      1111 Lincoln Road, PH 802
      Miami Beach, FL 33139
      Tel: (305) 538-6483
      Fax: (305) 534-9894

an answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox       5/10/00
Clerk             Date
_Martha Diaz_
(By) Deputy Clerk

W:\WPDocs\A.D.A#1252-CYNTHIA BECKMAN\Summons-MB(jln).wpd