

# UNITED STATES DISTRICT COURT
## SOUTHERN District of Florida
### FT. LAUDERDALE DIVISION

### ALIAS SUMMONS IN A CIVIL CASE
Case No.: 00-6025-CIV-MIDDLEBROOKS

ADVOCATES FOR THE DISABLED, INC. a
Florida not-for-profit corporation, PETER SPALLUTO,
Individually, and ERNST ROSENKRANTZ, Individually,

        Plaintiffs,

vs.

SEA CASTLE RESORT MOTEL PARTNERSHIP, a
Michigan General Partnership, and MICHELLE BROWNELL,
General Manager of Sea Castle Resort Inn,

        Defendants
_____/

To:    SEA CASTLE RESORT MOTEL PARTNERSHIP, a
        Michigan General Partnership
        By serving its Managing Partner:
        Cynthia J. Beckman        or at:    Sea Castle Resort Inn
        1972 Sherwood Glenn               730 North Ocean Boulevard
        Bloomfield, Michigan 48302        Pompano Beach, Florida 33062

YOU ARE HEREBY SUMMONED and required to serve upon Plaintiffs' attorney:

Lawrence A. Fuller, Esquire
Fuller, Mallah & Associates, P.A.
1111 Lincoln Road, PH 802
Miami Beach, FL 33139
Tel: (305) 538-6483
Fax: (305) 534-9894

an answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox                MAY 1 2 2000
Clerk                                        Date
(By) Deputy Clerk

W:\WPDocs\A.D.A\#1252-CYNTHIA BECKMAN\Alias-Summons(jln).wpd

