UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

ADVOCATES FOR THE DISABLED,          CASE NO: 00-6025-CIV
INC., et al.,                                     JUDGE: MIDDLEBROOKS
                                             MAGISTRATE: BANDSTRA
      Plaintiffs,

vs.

SEA CASTLE RESORT MOTEL
PARTNERSHIP and MICHELLE
BROWNELL,

      Defendants.
_____/

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the law firm of KELLEY, HERMAN & SMITH, makes its appearance as counsel for Defendant, SEA CASTLE RESORT MOTEL PARTNERSHIP, in the above captioned matter.

The undersigned request that copies of all notices, pleadings and papers in this matter be served upon it at:

JEFFREY B. SMITH
KELLEY, HERMAN & SMITH
1401 East Broward Blvd.
Suite 206
Ft. Lauderdale, Florida 33301

**I HEREBY CERTIFY** that a copy of the foregoing was furnished via U.S. Mail on this 30th day of May, 2000 to: Lawrence W. Fuller, Esquire, Fuller, Mallah & Associates, P.A., 111 Lincoln Road, PH 802, Miami Beach, Florida 33139.

                                             Kelley, Herman & Smith
                                             Attorneys for Sea Castle
                                             1401 East Broward Blvd., #206
                                             Ft. Lauderdale, Florida 33301
                                             (954) 462-7806

                                             _____
                                             JEFFREY B. SMITH
NON-COMPLIANCE OF S.D. Fla. L.R. 5.1(A)     Florida Bar No: 356050