# RETURN OF SERVICE

**Case No: 00-6025 CIV MIDDLEBROOKS**

| TO BE SERVED | COURT |
|---|---|
| MICHELLE BROWNWELL<br>730 NORTH OCEAN BOULEVARD<br>POMPANO BEACH, FL. | IN THE U.S. DISTRICT COURT IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA |

| STYLE | WRIT |
|---|---|
| ADVOCATES FOR THE DISABLED, INC.<br>VS.<br>SEA CASTLE RESORT MOTEL PARTNERSHIP | SUMMONS IN A CIVIL ACTION |

| SERVED FOR | INFORMATION |
|---|---|
| LAWRENCE A. FULLER, ESQ.<br>FULLER, MALLAH AND ASSOCIATES<br>1111 LINCOLN ROAD MALL SUITE #802<br>MIAMI BEACH, FLORIDA, 33139-2493 | Court Date:          Court Time:<br>Witness Fee:<br>Document Type: ALIAS<br>Atty File # |

I received this process 04/21/00 at 11:51 AM and it was served 05/17/00 at 11:50 AM in BROWARD COUNTY, FLORIDA.

> MICHELLE BROWNWELL
> 730 NORTH OCEAN BOULEVARD
> POMPANO BEACH, FL., 33062

**INDIVIDUAL SERVICE: (FS 48.031)**
By delivering to the within named person a copy of SUMMONS IN A CIVIL ACTION the date and hour of service endorsed by me, and at the same time delivering to the within named person a copy of the complaint, petition or initial pleading as furnished by the plaintiff or petitioner.

**OTHER RETURNS:**

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Certified Process Server/Sheriff Appointed in the circuit in which this defendant was served and have no interest in the above action pursuant to F.S. 92.525(2).

I hereby certify that I am not a party to the above action, am over 18 years of age, that the above affidavit is true and correct, and that service was made in accordance with Rule 1.410(C) Florida R.C.P., and Rule 45 Federal R.C.P., and Rule 4(C), 50 U.S.C., and section 520 Et. Seq.

PROCESS SERVER: BARRY E. ROSS (58)
CAPLAN, CAPLAN AND KAYE (305) 374-3426
CPS Number: 00769478-001

The foregoing instrument was acknowledged before me this **04 day of June, 2000** BY BARRY E. ROSS, who is personally known to me, or who was produced a D/L as identification and who DID take an oath.

NOTARY PUBLIC OR PUBLIC OFFICER
AND TITLE OR RANK / CCN

BRENDA TAYLOR
My Commission # CC 815829
Expires: March 8, 2003
1-800-3-NOTARY   Fla. Notary Service & Bonding Co.

# UNITED STATES DISTRICT COURT
## SOUTHERN District of Florida
### FT. LAUDERDALE DIVISION

ALIAS SUMMONS IN A CIVIL CASE
Case No.: 00-6025-CIV-MIDDLEBROOKS

ADVOCATES FOR THE DISABLED, INC. a
Florida not-for-profit corporation, PETER SPALLUTO,
Individually, and ERNST ROSENKRANTZ, Individually,

        Plaintiffs,

vs.

SEA CASTLE RESORT MOTEL PARTNERSHIP, a
Michigan General Partnership, and MICHELLE BROWNELL,
General Manager of Sea Castle Resort Inn,

        Defendants

To:    MICHELLE BROWNWELL, General Manager
      SEA CASTLE RESORT INN
      Sea Castle Resort Inn
      730 North Ocean Boulevard
      Pompano Beach, Florida 33062

YOU ARE HEREBY SUMMONED and required to serve upon Plaintiffs' attorney:

Lawrence A. Fuller, Esquire
Fuller, Mallah & Associates, P.A.
1111 Lincoln Road, PH 802
Miami Beach, FL 33139
Tel: (305) 538-6483
Fax: (305) 534-9894

an answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Clarence Maddox**            5/10/00
Clerk                                       Date

(By) Deputy Clerk

W:\WPDocs\A.D.A\#1252-CYNTHIA BECKMAN\Summons-MB(jln).wpd