NON-COMPLIANCE OF S.D. fla. L.R. 5.1(B)

NON-COMPLIANCE OF S.D. fla. L.R. 5.1(A)(1)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
CASE NO. 00-6025-CIV-MIDDLEBROOKS
MAGISTRATE JUDGE: BANDSTRA

ADVOCATES FOR THE DISABLED,
INC., a Florida not-for-profit corporation,
PETER SPALLUTO, individually, and
ERNST ROSENKRANTZ, individually,

        Plaintiffs,

vs.

SEA CASTLE RESORT MOTEL
PARTNERSHIP, a Michigan General
Partnership, and MICHELE BROWNELL,
General Manager of Sea Castle Resort Inn,

        Defendants.
_____/



## NOTICE OF FILING CORRECTED AFFIDAVIT
## IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT

Defendant, MICHELE BROWNELL, through her undersigned attorneys, gives notice of filing the attached Corrected Affidavit in Support of Motion to Dismiss Amended Complaint.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12th day of June, 2000, a true and correct copy of the foregoing was mailed to Lawrence A. Fuller, Esq., Fuller, Mallah & Associates, Attorneys for Plaintiff, 1111 Lincoln Road, PH 802, Miami Beach, Florida 33139.

DUKE, MULLIN & GALLOWAY, P.A.
Attorneys for Defendant BROWNELL
1700 East Las Olas Boulevard, PH-1
Fort Lauderdale, Florida 33301
(954) 761-7200 Telephone
(954) 761-1573 Facsimile

JUN 1 5 2000

Rec'd in MIA Dkt _____

By: _____
Amy J. Galloway, Esq.
Florida Bar No. 581429
Michael P. Hamaway, Esq.
Florida Bar No. 0081302

G:\CLIENTS\1224\01\Notice of Filing.wpd