Case 0:00-cv-06025-DMM   Document 19   Entered on FLSD Docket 06/16/2000   Page 1 of 2

**NON-COMPLIANCE OF S.D. fla. L.R. 5.1(B)**


NON-COMPLIANCE OF S.D. fla. L.R. 5.1(A)(1)

UNITED STATES ~~DISTRICT~~ COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
CASE NO. 00-6025-CIV-MIDDLEBROOKS
MAGISTRATE JUDGE: BANDSTRA

ADVOCATES FOR THE DISABLED,
INC., a Florida not-for-profit corporation,
PETER SPALLUTO, individually, and
ERNST ROSENKRANTZ, individually,

    Plaintiffs,

vs.

SEA CASTLE RESORT MOTEL
PARTNERSHIP, a Michigan General
Partnership, and MICHELE BROWNELL,
General Manager of Sea Castle Resort Inn,

    Defendants.
_____/

## CORRECTED AFFIDAVIT IN SUPPORT OF
## MOTION TO DISMISS AMENDED COMPLAINT

STATE OF FLORIDA

COUNTY OF BROWARD

    BEFORE ME, the undersigned authority, personally appeared MICHELE BROWNELL, and who, being first duly sworn, on oath deposes and says:

    1.    I am above the age of 18, fully competent to testify, and have personal knowledge of the facts contained herein.

    2.    I am an employee of the Sea Castle Resort Inn.

    3.    I am employed in the capacity of a phone desk clerk.

    4.    I am not a general manager of the Sea Castle Resort Inn, nor do I have any authority over decisions regarding the operation, maintenance or control of the Sea Castle Resort Inn,

JUN 1 5 2000

Rec'd in MIA Dkt _____



Case No. 00-6025-CIV-MIDDLEBROOKS    Page 2

including any decisions as to the physical layout and architectural design of the property, any improvements or alteration of the property for disabled access or utilization.

5.    The extent of my duties and responsibilities, pursuant to my position at the Sea Castle Resort Inn, is limited to answering the telephone, making reservations, checking in guests, and checking out guests.

FURTHER AFFIANT SAYETH NAUGHT.

*[signature: Michele Brownell]*
MICHELE BROWNELL

SWORN TO and subscribed before me on the 12th day of June, 2000 at the County and State last aforesaid.

Personally known    ✓
Provided Indentification ____
Type of Identification
_____

*[signature]*
Notary Public Signature

My commission expires:

_____
Printed or Typed Name of Notary Public

Kimberly S. Brizendine
Commission # CC 731056
Expires April 6, 2002
BONDED THRU
NOTARY PUBLIC BONDING CO., INC.

G:\CLIENTS\1224\01\Brownell.correctaff.wpd