UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

ADVOCATES FOR THE DISABLED,
INC., PETER SPALLUTO and
ERNST ROSENKRANTZ,

    Plaintiffs,

vs.

SEA CASTLE RESORT MOTEL
PARTNERSHIP and MICHELLE
BROWNELL,

    Defendants.
_____/

CASE NO: 00-6025-CIV
JUDGE: MIDDLEBROOKS
MAGISTRATE: BANDSTRA

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that the Defendant, SEA CASTLE RESORT MOTEL PARTNERSHIP, by and through its undersigned attorneys, hereby files the attached original Affidavit in Support of its Motion to Dismiss Plaintiff's Amended Complaint with the Clerk of the above-styled Court.

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by U.S. Mail on this 28th day of June, 2000 to: Lawrence W. Fuller, Esq., Fuller, Mallah & Associates, P.A., 111 Lincoln Rd., #802, Miami Beach, FL 33139.

        KELLEY, HERMAN & SMITH
        Attorneys for Defendant
        1401 East Broward Blvd., #206
        Ft. Lauderdale, Florida 33301
        (954) 462-7806

        _____
        JEFFREY B. SMITH

