UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

ADVOCATES FOR THE DISABLED,      CASE NO: 00-6025-CIV
INC., PETER SPALLUTO and     JUDGE: MIDDLEBROOKS
ERNST ROSENKRANTZ,     MAGISTRATE: BANDSTRA

     Plaintiffs,

vs.                             **AFFIDAVIT**

SEA CASTLE RESORT MOTEL
PARTNERSHIP and MICHELLE
BROWNELL,

     Defendants.
_____/

## STATE OF MICHIGAN
## COUNTY OF OAKLAND

     **BEFORE ME**, the undersigned authority, personally appeared CYNTHIA J. BECKMAN, to me well known who, after first being duly sworn, deposes and states as follows:

     1.    That the Affiant's name is CYNTHIA J. BECKMAN.

     2.    That the Affiant at all times material was the managing general partner of the Co-Defendant in this action, SEA CASTLE RESORT MOTEL PARTNERSHIP ("SEA CASTLE") AND has personal knowledge of the facts set forth in this Affidavit.

     3.    That the subject matter of Plaintiff's lawsuit is a motel known as the SEA CASTLE RESORT INN located at 730 North Ocean Blvd., Pompano Beach, Florida ("the business").

     4.    That SEA CASTLE became the owner of the business in the late 1980's.

     5.    That SEA CASTLE sold the business to Lancaster Sea Castle Resort Limited on March 10, 2000.

     6. That the business in located upon two (2) parcels of real property, one (1) of which prior to March 10, 2000 was owned by SEA CASTLE and the other, prior to March 10, 2000 was leased to SEA



CASTLE.

7. That on March 10, 2000 SEA CASTLE by Warranty Deed, Quit Claim Deed and Bill of Sale conveyed and sold the business to Lancaster Sea Castle Resort Limited. True and correct copies of the Warranty Deed, the Quit Claim Deed and the Bill of Sale (without attached inventory list) are attached hereto as composite Exhibit "1" and the contents thereof are incorporated herein by reference as if set forth in full.

8. That on or about May 15, 2000 SEA CASTLE was served with Plaintiff's Amended Complaint.

9. That prior to May 15, 2000 neither SEA CASTLE nor its individual partners, principals or agents were aware that the above captioned action had been filed or that the filing of the above captioned action was threatened.

10. That SEA CASTLE sold and conveyed the business prior to the filing of Plaintiff's April 18, 2000 Amended Complaint.

11. That SEA CASTLE had not been served with any prior versions of Plaintiff's Amended Complaint and only became aware of this action at the time of service of the Amended Complaint on May 15, 200.

12. That SEA CASTLE no longer possesses any interest in the business.

13. That SEA CASTLE has not owned, leased or operated the business since March 10, 2000.

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
CYNTHIA J. BECKMAN

The foregoing instrument was acknowledged before me this 26 day of June, 2000, by CYNTHIA J. BECKMAN, who is personally known to me or who has produced _Drivers License_ as identification and who did take an oath.

_____
NOTARY PUBLIC

My Commission Expires 4-24-04

SHAWN LAVETTER
Notary Public, Oakland County, MI
ACTING IN Oak CO.
My Commission Expires Apr 24, 2004

2