UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6025-Civ-Middlebrooks

ADVOCATES FOR THE DISABLED, INC.,
a Florida not-for-profit corporation,
PETER SPALLUTO, individually, and
ERNST ROSENKRANTZ, individually,

        Plaintiffs,

vs.

SEA CASTLE RESORT MOTEL PARTNERSHIP,
a Michigan General Partnership, and
MICHELE BROWNELL, General Manager of
Sea Castle Resort Inn, and
LANCASTER SEA CASTLE RESORT, LTD.,
a Florida Limited Partnership,

        Defendants.
_____/



FILED by ___ D.C.

SEP 0 8 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S D OF FLA. - MIAMI

ORDER GRANTING PLAINTIFFS'
MOTION TO AMEND FIRST AMENDED COMPLAINT

THIS CAUSE came before the Court upon Plaintiffs' Motion to Amend First Amended Complaint and Memorandum in Support Thereof (DE 25) filed July 7, 2000. Defendants did not file a response. Upon consideration of the full record, it is

ORDERED and ADJUDGED that:

1. Plaintiffs' Motion to Amend First Amended Complaint **(DE 25)** is **GRANTED**. The Second Amended Complaint attached as Exhibit A to Plaintiffs' Motion is deemed filed as of September 6, 2000. Defendant Sea Castle Resort Motel Partnership ("Sea Castle") and



Defendant Michele Brownell ("Brownell") shall timely respond. Plaintiffs shall serve the new owner of the hotel in suit, Defendant Lancaster Sea Castle Resort, Ltd., within thirty days of the date of this order.

2.   Defendant Brownell's Motion to Dismiss the First Amended Complaint **(DE 14)** is **DENIED AS MOOT**.

3.   Defendant Sea Castle's Motion to Dismiss the First Amended Complaint **(DE 21)** is **DENIED AS MOOT**.

DONE and ORDERED at Miami, Florida, this _8_ day of September, 2000.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies provided to Counsel of Record.