UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CENTURY 21 REAL ESTATE
CORPORATION,

CASE Nº. 00-6025 CIV LENARD

Plaintiff,

vs.

REEDOM HOLDING, INC.,
f/n/a REEDOM REALTY, INC,
d/b/a CENTURY 21 REEDOM
REALTY, INC., and CSABA
FERENCZI,

Defendants.
_____/

NOTICE OF ABSENCE FROM JURISDICTION



COMES NOW the undersigned attorney, MARK H. GOLDBERG, ESQ., of the law firm of HARTMAN & GOLDBERG, counsel of record for the Defendants in the above-styled matter, and hereby files this, his Notice of Absence From Jurisdiction, and states that said undersigned attorney has scheduled vacation from October 6, 2000, through and including October 24, 2000.

Counsel respectfully requests that no Hearings, Depositions, Motions, etc., be scheduled, or Notices to Produce, Interrogatories, or other pleadings be filed which require a timely response during this time period, and that all pending matters remain in status quo during this time.

WE HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Absence From Jurisdiction has been forwarded by U.S. Mail to: Jill Cooke-Edwards, Esq., Buchanan Ingersoll, P.C., attorneys for Plaintiff, 100 S.E. 2nd Street, Suite 2100, Miami, FL 33131-2150 this 26th day of September, 2000.

HARTMAN & GOLDBERG
Attorneys for Defendants
10000 Stirling Road, Suite 1
Cooper City, FL 33024
Tel:  (954) 438-1000
Fax:  (954) 438-3000

By: _____
Mark H. Goldberg, Esq.
Florida Bar No. 289787

NON-COMPLIANCE OF S.D. Fla. L.R.