UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
CASE NO.00-6025-CIV-MIDDLEBROOKS
MAGISTRATE JUDGE: BANDSTRA

ADVOCATES FOR THE DISABLED, INC., a
Florida not-for-profit corporation, PETER SPALLUTO,
Individually, and ERNST ROSENKRANTZ, Individually,

       Plaintiffs,

vs.

SEA CASTLE RESORT MOTEL PARTNERSHIP,
a Michigan Partnership, MICHELE BROWNELL,
as General Manager of Sea Castle Resort Inn,
and LANCASTER SEA CASTLE RESORT, LTD.,
a Florida Limited Partnership,

       Defendants.
_____/

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL AS TO THE DEFENDANT, SEA CASTLE RESORT MOTEL PARTNERSHIP

The Plaintiffs, ADVOCATES FOR THE DISABLED, INC., PETER SPALLUTO and ERNST ROSENKRANTZ, by and through their undersigned counsel, and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules Civil Procedure, give notice of filing a voluntary dismissal of their action as to the Defendant, SEA CASTLE RESORT MOTEL PARTNERSHIP, only. This Notice of Voluntary Dismissal does not pertain in any respect to the Defendants, MICHELLE BROWNELL as General Manager of Sea Castle Resort Inn, or LANCASTER SEA CASTLE RESORT, LTD., a Florida Limited Partnership.

Page -2-

## CERTIFICATION OF SERVICE

WE HEREBY CERTIFY that this Plaintiffs' Notice of Voluntary Dismissal was sent by US Mail this 3rd day of October, 2000, to: Amy J. Galloway, Esq., Duke, Mullin & Galloway, P.A., attorneys for Defendant, Michelle Brownell, 1700 East Las Olas Boulevard, PH-1, Fort Lauderdale, Florida, and Jeffrey B. Smith, Kelly, Herman & Smith, attorneys for Sea Castle, 1401 East Broward Blvd. #206, Ft. Lauderdale, Florida 33301.

Respectfully Submitted,

FULLER & MALLAH AND ASSOCIATES, P.A.
Attorney for Plaintiffs
1111 Lincoln Road, Suite 802
Miami Beach, FL 33139
(305) 538-6483 - Dade
(954) 463-6570 - Broward
(305) 534-9894 - Fax

By_____
Jeffrey A. Blaker, Esquire
Florida Bar # 443913

W:\WPDocs\A.D.A\#1252-CYNTHIA BECKMAN\Notice.Voluntary.Dismissal.10-2(lg).wpd

W:\WPDocs\A.D.A\#1252-CYNTHIA BECKMAN\Notice.Voluntary.Dismissal.10-2(lg).wpd