# UNITED STATES DISTRICT COURT
## SOUTHERN District of Florida
### FT. LAUDERDALE DIVISION

## SUMMONS IN A CIVIL CASE
Case No.: 00-6025cv-tmm

ADVOCATES FOR THE DISABLED, INC. a
Florida not-for-profit corporation, PETER SPALLUTO,
Individually, and ERNST ROSENKRANTZ, Individually,

        Plaintiff(s),

vs.

SEA CASTLE RESORT MOTEL PARTNERSHIP, a
Michigan General Partnership, and MICHELLE BROWNELL,
General Manager of Sea Castle Resort Inn,
and LANCASTER SEA CASTLE RESORT, LTD.,
a Florida Limited Partnership,

        Defendant(s).
_____/

To:    LANCASTER SEA CASTLE RESORT MOTEL, LTD., a
        Florida Limited Partnership,
        By serving its Registered Agent:
        Carolina Gorman, Esq.
        620 Tennis Club Drive, #303
        Fort Lauderdale, Fl. 33311

        YOU ARE HEREBY SUMMONED and required to serve upon Plaintiffs' attorney:

        Lawrence A. Fuller, Esquire
        Fuller, Mallah & Associates, P.A.
        1111 Lincoln Road, PH 802
        Miami Beach, FL 33139
        Tel: (305) 538-6483
        Fax: (305) 534-9894

an answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

__Clarence Maddox__                        OCT 0 5 2000
Clerk                                                  Date

_____
(By) Deputy Clerk

W:\WPDocs\A.D.A\#1252-CYNTHIA BECKMAN\Summons(cme).wpd