Case No: 00-6025 Middlebrooks

| TO BE SERVED | COURT |
|---|---|
| LANCASTER SEA CASTLE RESORT MOTEL, LTD<br>620 TENNIS CLUB DRIVE #303<br>FORT LAUDERDALE, FLORIDA | IN THE UNITED STATES DISTRICT COURT, IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA |

| STYLE | WRIT |
|---|---|
| ADVOCATES FOR DISABLED, INC<br>VS.<br>SEA CASTLE RESORT MOTEL PARTNERSHIP | SUMMONS IN A CIVIL ACTION |

| SERVED FOR | INFORMATION |
|---|---|
| LAWRENCE A. FULLER, ESQ.<br>FULLER, MALLAH AND ASSOCIATES<br>1111 LINCOLN ROAD MALL SUITE #802<br>MIAMI BEACH, FLORIDA, 33139-2493 | Court Date: Court Time:<br>Witness Fee:<br>Document Type: Original<br>Atty File # |

I received this process 10/05/00 at 11:50 AM and it was served 10/07/00 at 10:40 AM in BROWARD COUNTY, FLORIDA.

> LANCASTER SEA CASTLE RESORT MOTEL, LTD
> 730 N. OCEAN BLVD.
> POMPANO, FLORIDA

**CORPORATE SERVICE: (FS 48.081)**
By delivering a copy of the SUMMONS IN A CIVIL ACTION, the date and hour of service endorsed by me, and a copy of plaintiff's initial pleading as furnished by the plaintiff to:

> USCHI KOLECKI
> MANAGER

of said corporation in the absence of any superior officer or director as defined by Florida statute

**OTHER RETURNS:**
NOTICE OF SERVICE OF INTERROGATORIES, PLAINTIFFS" REQUEST FOR ADMISSIONS "ADA", REQUEST FOR PRODUCTION

2500 N. FEDERAL HIGHWAY,#201
FT. LAUDERDALE, FLORIDA

730 N. OCEAN BLVD.
POMPANO, FLORIDA

---

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Certified Process Server/Sheriff Appointed in the circuit in which this defendant was served and have no interest in the above action pursuant to F.S. 92.525(2).

I hereby certify that I am not a party to the above action, am over 18 years of age, that the above affidavit is true and correct, and that service was made in accordance with Rule 1.410(C) Florida R.C.P., and Rule 45 Federal R.C.P., and Rule 4(C), 50 U.S.C., and section 520 Et. Seq.

PROCESS SERVER: DANIEL ACKERMAN (31)
CAPLAN, CAPLAN AND KAYE (305) 374-3426
CPS Number: 00810730-001

The foregoing instrument was acknowledged before me this 11 day of October, 2000 BY DANIEL ACKERMAN, who is personally known to me, or who was produced a D/L as identification and who DID take an oath.

NOTARY PUBLIC OR PUBLIC OFFICER
AND TITLE OR RANK

BRENDA TAYLOR
My Commission # CC 815829
Expires: March 8, 2003
Fla Notary Service & Bonding Co.

38

# UNITED STATES DISTRICT COURT
## SOUTHERN District of Florida
### FT. LAUDERDALE DIVISION

**SUMMONS IN A CIVIL CASE**

Case No.: 00-6025

ADVOCATES FOR THE DISABLED, INC. a
Florida not-for-profit corporation, PETER SPALLUTO,
Individually, and ERNST ROSENKRANTZ, Individually,

Plaintiff(s),

vs.

SEA CASTLE RESORT MOTEL PARTNERSHIP, a
Michigan General Partnership, and MICHELLE BROWNELL,
General Manager of Sea Castle Resort Inn,
and LANCASTER SEA CASTLE RESORT, LTD.,
a Florida Limited Partnership,

Defendant(s).

---

To: LANCASTER SEA CASTLE RESORT MOTEL, LTD., a
Florida Limited Partnership,
By serving its Registered Agent:
Carolina Gorman, Esq.
620 Tennis Club Drive, #303
Fort Lauderdale, Fl. 33311

*Uschi Kolecki (myp)*
*10-7-00  10:40A*
*Don Ackerm*

362

**RUSH**

(2) 1500 N Federal Hwy #201
Ft. Laud.
567-2774

(3) 730 N. Ocean Blvd
Pompano

YOU ARE HEREBY SUMMONED and required to serve upon Plaintiffs' attorney:

Lawrence A. Fuller, Esquire
Fuller, Mallah & Associates, P.A.
1111 Lincoln Road, PH 802
Miami Beach, FL 33139
Tel: (305) 538-6483
Fax: (305) 534-9894

an answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Clarence Maddox**    OCT 0 5 2000

Clerk                    Date

(By) Deputy Clerk

W:\WPDocs\A.D.A\#1252-CYNTHIA BECKMAN\Summons(cmc).wpd

810730