UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6025-CIV-MIDDLEBROOKS

ADVOCATES FRO THE DISABLED, INC., et al.,
　　Plaintiff(s),

vs.

LANCASTER SEA CASTLE RESORT, LTD.,
　　Defendant(s).
_____/



## ORDER OF REFERENCE

PURSUANT to 28 U.S.C. § 636 (b)(1)(A) and the Magistrate Judge Rules of the Local Rules of the Southern District of Florida, the above-captioned cause is hereby referred to United States Magistrate Judge Ted E. Bandstra for the conducting of a Scheduling Conference, pursuant to Local Rule 16.1.B, for the purpose of setting pre-trial deadline dates, a trial date and for determining possible consent to the jurisdiction of the Magistrate Judge for trial. All counsel of record will be required to attend this conference which will be noticed by Magistrate Judge Bandstra. It is further

ORDERED AND ADJUDGED that it shall be the responsibility of the respective parties in this case to mail an additional copy of all motions and submissions pertaining to pre-trial and trial scheduling, including the scheduling conference and consent to trial, directly to Magistrate Judge Ted E. Bandstra, 300 N. E. First Avenue, Room 105, Miami, Florida 33132. This Court has allowed Plaintiffs to file a Second Amended Complaint, and has denied Defendant's motions to dismiss said complaint. Therefore, the undersigned respectfully requests that Magistrate Judge Bandstra conducts a scheduling conference within 30 days of the date of this Order, or as soon thereafter as possible, and that the trial be scheduled for a trial period commencing no later than July 2001.



DONE AND ORDERED, in Chambers, at Miami, Florida, this __6__ day of February, 2001.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc: Honorable Ted E. Bandstra
Lawrence Fuller, Esq.
Amy Galloway, Esq.