UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 00-6025-CIV-MIDDLEBROOKS
MAGISTRATE JUDGE: BANDSTRA

ADVOCATES FOR THE DISABLED, INC., et al.

    Plaintiff(s),

vs.

SEA CASTLE RESORT MOTEL PARTNERSHIP, et al.

    Defendant(s).
_____/



FILED by _____ D.C.

FEB 21 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff(s) and Defendant(s), pursuant to the Federal Rules of Civil Procedure hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Stipulation for Settlement executed between the parties. The parties have stipulated in their agreement that the Court retain jurisdiction to enforce the terms and conditions of the Stipulation for Settlement.

By: _____
Date: 2/16/01
Attorney for Defendant(s)
Duke, Mullin & Galloway, P.A.
Amy J. Galloway, Esquire
1700 East Las Olas Boulevard, PH-1
Fort Lauderdale, Florida 33301
(954) 761-7200

By: _____
Date: 2/6/01
Attorney For Plaintiff(s)
Lawrence A. Fuller, Esquire
Fuller, Mallah & Associates, P.A.
1111 Lincoln Road, Suite 802
Miami Beach, Fl. 33139
Tel: (305) 538-6483

A:\SettlemAgreem(mm).wpd