UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 00-6025-CIV-MIDDLEBROOKS
MAGISTRATE JUDGE: BANDSTRA

ADVOCATES FOR THE DISABLED, INC., et al.,

    Plaintiff(s),

vs.

SEA CASTLE RESORT MOTEL PARTNERSHIP, et al.,

    Defendant(s).
_____/



FILED by _____ D.C.

FEB 21 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## STIPULATION AGREEMENT FOR FEES AND COSTS

**IT IS HEREBY** stipulated and agreed as part of resolution of the above-referenced lawsuit, that the defendant shall pay to Fuller, Mallah & Associates, P.A. the following fees and expenses:

Legal fees, expert fees, costs $6,000.00.

These are the actual fees and costs incurred without the consideration of a multiplier and with no other charges for reinspection except as indicated above and as contemplated by the Stipulation for Settlement attached hereto.

The parties acknowledge that costs incurred are necessary, reasonable, and customary and represent the time necessary to completion of this process billed at a reasonable hourly rate.

**The Defendant agrees to make payment out to "*Fuller, Mallah & Associates, P.A.*"** and that the funds will be received by Fuller, Mallah & Associates, P.A. along with the signed



Stipulation for Settlement, not to be disbursed until the Stipulation for Dismissal has been delivered to the Court.

Agreed and stipulated to on the date(s) indicated below by the parties endorsements below:

**FOR THE DEFENDANT:**

By: _____     Date: 2/14/01
Amy J. Galloway, Esquire
1700 East Las Olas Boulevard, PH-1
Fort Lauderdale, Florida 33301

**FOR THE PLAINTIFF:**

By: _____     Date: 2/6/01
Lawrence A. Fuller, Esquire
Fuller Mallah & Associates, P.A.
1111 Lincoln Road, Suite 802
Miami Beach, FL 33139

A:\SettlemAgreem(mm).wpd