CLOSED
CIVIL
CASE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT
MIAMI DIVISION
CASE NO.: 00-6025-CIV-MIDDLEBROOKS
MAGISTRATE JUDGE: BANDSTRA

ADVOCATES FOR THE DISABLED, INC., et al.,

    Plaintiff(s),

vs.

SEA CASTLE RESORT MOTEL PARTNERSHIP, et al.,

    Defendant(s).

_____/



FILED by C.W. D.C.

FEB 21 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

### ORDER OF DISMISSAL WITH PREJUDICE

This Cause having come before this Court upon the Parties Stipulation for Dismissal With Prejudice, and the Court being duly advised in the premises, it is hereby

ORDERED AND ADJUDGED that this case is dismissed with prejudice, subject to this court retaining jurisdiction to enforce the settlement agreement entered into by the parties. Any pending Motions are denied as moot and this case is closed.

DONE AND ORDERED in Chambers this 21 day of February, 2001.

_____
UNITED STATES DISTRICT JUDGE

DONALD M. MIDDLEBROOKS

Copies Furnished To:

Amy J. Galloway, Esquire
Lawrence A. Fuller, Esq.

